JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNIE TANANA, individually and as Trustee of the Jean Miho Tanaka Trust,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LINDA COTTERMAN, ALCIRA OPORTO, FOUNDERS HOMECARE, INC., MARSHAL ROSENBERG, CAROL WHITE, and Does 1-10,<br><br>　　　　Defendants. | Case No. CV 11-03023 (MLR)<br><br>ORDER ON DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT BASED ON IMMUNITY, EXCEPTION OR ABSTENION<br><br>[F.R.C.P. 12(b)(6)]<br><br>Date:　　　　August 22, 2011<br>Time:　　　　10:00 a.m.<br>Courtroom:　C-8th Floor |

On August 22, 2011, at 10:00 a.m., in Courtroom C-8th Floor, of the above-entitled court, located at 312 N. Spring Street, Los Angeles, California, defendant Linda Cotterman's ("Cotterman") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), as well as defendant Carol White's Joinder in Cotterman's Motion to Dismiss, came on regularly for a hearing, the Honorable Manuel L. Real presiding. Scott P. Schomer appeared for Cotterman and other appearances were noted for the record.

Schomer Law Group, APC
8740 So. Sepulveda
Blvd., Suite 107
Los Angeles, CA 90045
(310) 337-7696

1

1    After considering the Notice of Motion and Motion, the
2 accompanying memorandum of points and authorities, the request
3 for judicial notice, the Joinder of defendant Carol White, and
4 the record of this action, the court rules as follows:
5    1.   Defendant's Motion to Dismiss is granted.
6    2.   Plaintiff's claims against all defendants under 42
7 U.S.C. § 1983 are dismissed with prejudice.
8    3.   The Court hereby declines to exercise federal
9 jurisdiction over the balance of Plaintiff's claims for Replevin,
10 Personal Injury, False Arrest, False Imprisonment, Financial
11 Elder Abuse, and Physical Elder Abuse, and therefore the claims
12 described herein against all parties are dismissed without
13 prejudice.

Dated: August 31, 2011    _____
                          JUDGE OF THE UNITED STATES DISTRICT COURT