EXHIBIT "C"

San Diego

LAW OFFICES

Los Angeles

# DOWNEY DAY
A LIMITED LIABILITY PARTNERSHIP

TELEPHONE
(760) 340-4310

PETER M. DOWNEY, APC
*A PROFESSIONAL LAW CORPORATION

74-040 HIGHWAY 111, SUITE L-211
PALM DESERT, CALIFORNIA 92260

TELECOPIER
(760) 862-1253

September 15, 2011

*Via Electronic Mail Only

Ms. Carol A. White
Professional Care Management
Los Angeles, CA 92xxx

STATEMENT NO:    WHITE dba PROFESSIONAL CARE MANAGEMENT.001
CASE NAME:       Jeannie Tanakaj v. Carol White et al.
                 United States District Court Case # CV11 03023
POLICY NO:       ▇▇▇▇▇▇▇▇
FKB CASE NO.:    407.062

---

06/20/11

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    .3

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    .1

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    2.7

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    .3

06/21/11

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    .5

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    2.1



06/22/11

06/26/11

06/28/11

06/29/11

Ms. Carol A. White, dba
Professional Care Management
September 15, 2011
Page 3

███████████████████████████████  .3

███████████████████████████████  .2

███████████████████████████  .4

07/01/11

███████████████████████████████  .4

        TOTAL FEES:    13.5 Hours@ $225/hr    $ 3,037.50
        TOTAL COSTS:                                    $    0.00

**TOTAL FEES AND COSTS THIS INVOICE:**                $ 3,037.50

September 15, 2011

*Via Electronic Mail Only

Ms. Carol A. White
Professional Care Management
Los Angeles, CA

STATEMENT NO:    WHITE dba PROFESSIONAL CARE MANAGEMENT.002
CASE NAME:        Jeannie Tanakaj v. Carol White et al.
                          United States District Court Case # CV11 03023
POLICY NO:          █████████
FKB CASE NO.:     407.062

07/05/11

███████████████████████████████  .3

███████████████████████████████  1.9

Ms. Carol A. White, dba
Professional Care Management
September 15, 2011
Page 4

07/06/11



07/07/11

07/11/11



07/12/11

07/13/11

07/15/11

07/18/11

Ms. Carol A. White, dba
Professional Care Management
September 15, 2011
Page 6



07/19/11

.2

.3

07/20/11

.2

07/26/11

.5

07/27/11

.3

Co .2

.8

.3

.5

.8

TOTAL FEES:  30.0 Hours @ $225/hr   $ 6,750.00

Ms. Carol A. White, dba
Professional Care Management
September 15, 2011
Page 7

|  | TOTAL COSTS: | Pacer | $ 4.00 |

**TOTAL FEES AND COSTS THIS INVOICE:** $ 6,754.00

San Diego          LAW OFFICES          Los Angeles

# DOWNEY DAY
A LIMITED LIABILITY PARTNERSHIP

PETER M. DOWNEY, APC
*A PROFESSIONAL LAW CORPORATION

74-040 HIGHWAY 111, SUITE L-211
PALM DESERT, CALIFORNIA 92260

TELEPHONE
(760) 840-4310

TELECOPIER
(760) 862-1253

September 1, 2011

*Via Electronic Mail Only

STATEMENT NO:    WHITE dba PROFESSIONAL CARE MANAGEMENT.003
CASE NAME:    <u>Jeannie Tanakaj v. Carol White et al.</u>
                United States District Court Case # CV11 03023
POLICY NO:
FKB CASE NO.:    407.062

---

08/01/11

[redacted]    2.4

08/03/11

[redacted]    2.8

08/04/11

[redacted]    .2

[redacted]    .5

Ms. Carol A. White, dba
Professional Care Management
September 15, 2011
Page 8

08/11/11
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .2

08/14/11
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .6

08/15/11
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .1
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .2
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .4

08/16/11
▬▬▬▬▬▬▬▬▬▬▬▬▬  .1
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .4
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .5
to Dismiss Bankruptcy Matter

08/17/11
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .3
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .1
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .2
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .3
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  .1

8

08/19/11

A ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .2
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .1
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 1.7

08/21/11

O ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .9

08/22/11

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 2.4
Order

08/25/11

▬▬▬▬▬▬▬▬▬▬▬▬ .1
A ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .2

08/29/11

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .5
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .5

08/30/11

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .5

Ms. Carol A. White, dba
Professional Care Management
September 15, 2011
Page 10

08/31/11



.1

.3

.1

|  |  |  |
|---|---|---|
| TOTAL FEES: | 16.9 Hours@ $225/hr | $ 3,802.50 |
| TOTAL COSTS: | Pacer | $      .00 |

**TOTAL FEES AND COSTS THIS INVOICE-UNDERWRITERS:** $ 3,802.50